# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 248 | **DATE** | 1/30/2006 |
| **CASE TITLE** | RILES vs. INFINITY BROADCASTING CORP. | | |

**DOCKET ENTRY TEXT**

This refiled case is dismissed with prejudice. *See Riles v. Infinity Broadcasting Corp.*, 05 C 2813.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | CB |
|---|---|---|