# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| GERALD RILES | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 06 C 248 |
| INFINITY BROADCASTING CORP. | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Michael W. Dobbins, Clerk of Court

Date: 1/30/2006            /s/ Chris Burton, Deputy Clerk